# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1974
LT Case No. 2024-DP-000001

_____

DEPARTMENT OF CHILDREN AND
FAMILIES and THE STATEWIDE
GUARDIAN AD LITEM OFFICE,

    Appellants,

    v.

J.D., Father of V.G.M., a Child,
and S.M., Mother of V.G.M., a
Child,

    Appellees.

_____

On appeal from Circuit Court for Sumter County.
Michelle T. Morley, Judge.

Rachel Batten, of Children's Legal Services, Brooksville, for
Appellant, Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Statewide Guardian ad
Litem Office, Tallahassee, for Appellant, Statewide Guardian ad
Litem.

Gregg R. Brennan, Weirsdale, for Appellee, J.D., Father.

No Appearance for Appellee, S.M., Mother.

December 4, 2024

ON CONCESSION OF REVERSIBLE ERROR

PER CURIAM.

Appellants, the Department of Children and Families and Statewide Guardian ad Litem Office, appeal the trial court's order of adjudication. Appellants argue that the trial court committed reversible error in granting Appellee, J.D., the father's motion for judgment of dismissal. Appellee, J.D., has filed a concession of error. We accept the concession of error, reverse the order, and remand for further proceedings.

REVERSED and REMANDED.

JAY, KILBANE, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2